KELVINATOR-SYRACUSE, INC., Appellant, *v.* WILLIAM EVANS, Respondent.

(Argued February 16, 1932; decided March 3, 1932.)

*Jesse E. Kingsley* for appellant.

*Ransom H. Gillett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.